UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DASARATHI RAGHUNATH,

    Plaintiff,

v.

EDMUND JERRY BROWN et al,

    Defendant.

Case Number: CV07-06285 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dasarathi Raghunath A 38549720
Eloy Detention Center
1705 E. Hanna Road
Eloy, AZ 85231

Dated: December 21, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk