UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DASARATHI RAGHUNATH,

    Petitioner,

vs.

EDMUND JERRY BROWN, Attorney General,

    Respondent.

No. C 07-6285 PJH (PR)

**JUDGMENT**

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against petitioner and in favor of respondents. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: July 31, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.07\RAGHUNATH6285.JUD.wpd