UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASARATHI RAGHUNATH, | Case Number: CV07-06285 PJH |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| EDMUND JERRY BROWN et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dasarathi Raghunath A 38549720
Eloy Detention Center
1705 E. Hanna Road
Eloy, AZ 85231

Dated: July 31, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk